UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APRIL M. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>PANORAMA HNN ASSOCIATES et al.,<br><br>    Defendants. | CASE NO. 25-cv-02407-JHC<br><br>ORDER |

    This matter comes before the Court sua sponte. Pro se Plaintiff April Brown filed a proposed Complaint, Dkt. # 1, on November 24, 2025. But Plaintiff failed to pay the filing fee or submit an in forma pauperis (IFP) application. *See* Dkt. # 3. The Court then directed Plaintiff to pay the filing fee or submit an IFP application by December 26, 2025. *Id.* She has still failed to do so. Thus, the Court DISMISSES this action without prejudice.

    Dated this 5th day of January, 2026.

John H. Chun
United States District Judge

ORDER - 1